**Ford Elsaesser**
pts1@ejame.com
P. O. Box 2220
Sandpoint, ID 83864
(208)263-8871
(208)263-0722 [Facsimile]
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re: )
) Case No. 08-20045-TLM
NAGY, ALLEN BERNARD )
) Chapter 7
)
Debtor(s). )
)

### TURNOVER OF FUNDS TO CLERK (11 U. S. C. §347(a))

The Court having ordered distribution of the assets of the above-entitled case and funds remaining after such distribution, the trustee turns over to the Clerk of the U. S. District Court the following funds for the reason stated below:

The following funds represent disbursement to creditors which were not claimed within 90 days and are therefore paid to the Court pursuant to 11 U. S. C. §347(a).

| **NAME AND ADDRESS OF CREDITOR** | **CHECK NO.** | **DATE** | **AMOUNT** |
|---|---|---|---|
| First National Credit Card Center
1620 Dodge St.
Omaha NE 68105-0773 | 10105 | 07/21/10 | $1,729.15 |
| First National Credit Card Center
1620 Dodge St.
Omaha NE 68105-0773 | 10106 | 07/21/10 | $1,131.57 |

TOTAL  $2,860.72

DATED:   October 21, 2010

TOTAL AMOUNT REMITTED   $2,860.72
(Check No. 10108)

_____
Ford Elsaesser Trustee

FEE PAID
RCPT #252338